**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
mgross@porterscott.com

Attorneys for Defendant
CITY OF SOUTH LAKE TAHOE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CROCKER, | Case No.: 2:22-cv-01099-JAM-AC |
| Plaintiff, | **STIPULATION OF THE PARTIES TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL MATTER; ORDER** |
| vs. | |
| CITY OF SOUTH LAKE TAHOE, ZACHARY WIENS, JASON NIXON, JONATHAN TODEREAN and DOES 1-50, inclusive, | FAC Filed: 7/9/22 |
| Defendants | |

Plaintiff Benjamin Crocker ("Plaintiff") is a defendant in a criminal proceeding in the Superior Court of California, County of El Dorado, Case Number 22-CR-0245, that arise from the same facts underlying Plaintiff's Complaint in this civil action. When a plaintiff's civil claims arise from the same set of facts implicated in a pending criminal proceeding, it is common practice "to stay the civil action until the criminal case or the likelihood of a criminal case is ended." Wallace v. Kato, 549 U.S. 384, 393-94 (2007). In light of the pending criminal proceedings, each of the parties agrees, and does hereby stipulate, to an indefinite stay of this civil action until the criminal case is ended. Plaintiff shall advise the Court, by filing an

{02778712.DOCX}

appropriate motion or stipulation, when the criminal case is ended. The parties agree that Defendants City of South Lake Tahoe, Zachary Wiens, Jason Nixon, and Jonathan Toderean shall have 28 days following the filing of Plaintiff's appropriate motion or stipulation, to file a responsive pleading to Plaintiff's Complaint.

Dated: August 25, 2022         PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By:   /s/ *Matthew W. Gross*
                                     Carl L. Fessenden
                                     Matthew W. Gross
                                     Attorneys for Defendant
                                     CITY OF SOUTH LAKE TAHOE


Dated: August 25, 2022         The Law Office of Gustavo Magana


                               By  /s/ *Gustavo Magana*
                                     Gustavo Magana
                                     Attorney for Plaintiff
                                     BENJAMIN CROCKER

*{02778712.DOCX}*

### ORDER

Based upon the Stipulation of the Parties to Stay the Civil Action Pending Resolution of the Criminal Matter submitted by the parties and good cause being shown, IT IS HEREBY ORDERED THAT:

1. This matter is stayed pending resolution of the criminal matter; and
2. Defendants shall file a responsive pleading within 28 days after Plaintiff informs the Court that the criminal matter has been resolved.

**IT IS SO ORDERED.**

Dated:  August 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

*{02778712.DOCX}*