UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN CROCKER,

Plaintiff,

v.

CITY OF SOUTH LAKE TAHOE, et al.,

Defendants.

No. 2:22-cv-1099-JAM-AC PS

**ORDER**

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 21, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 23. Plaintiff has filed objections to the findings and recommendations. ECF No. 24.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 21, 2026, are **ADOPTED IN FULL**;
2. Defendants' motion to dismiss (ECF No. 17) is **GRANTED**;
3. Plaintiff's motion to quash and "habeious petition of certiorari and writ of relief" (ECF

No. 19) is **DENIED**; and

4. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE